# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Western Division

LDPG, LLC, et al.
                    Plaintiff,

v.                                      Case No.: 3:15−cv−50148
                                        Honorable Frederick J. Kapala

Cynosure Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 29, 2016:

    MINUTE entry before the Honorable Iain D. Johnston: The defendant's motion to seal [48] is denied. The personal identifying information should have been redacted from the publicly−filed exhibit. See Fed. R. Civ. P. 5.2(a). Accordingly, the defendant shall submit a redacted version to the Court's operations specialist. Upon receipt, the clerk is directed to substitute the redacted version for the existing exhibit, and then to lift the temporary seal. Presentment of the motion to seal set for 3/8/2016 is stricken and no appearance is required on that date. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.