## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Western Division

LDPG, LLC, et al.
                              Plaintiff,

v.                                           Case No.: 3:15−cv−50148
                                             Honorable Frederick J. Kapala

Cynosure Inc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 1, 2016:

  MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 9/1/2016. Hearing under seal and not to be released without order from this Court. Case management deadlines entered as follows: Parties to exchange Rule 26(a)(1) disclosures by 9/23/2016. Responses to outstanding discovery due 9/30/2016. 15 Depositions per side with a time limit of 3 hours each. Principle depositions have a time limit of 6 hours. Rule 26(a)(2)(C) disclosures and supplements under Rule 26(e) due 6/30/2017. The deadline to amend pleadings, add counts or parties and file third−party complaints is also due 6/30/2017. Fact discovery closes 7/31/2017. Retained expert discovery deadlines and the dispositive motion deadline are reserved. Telephonic status hearing set for 11/29/2016 at 1:30 PM. By 11/28/2016, counsel shall provide direct−dial phone numbers to the Court's operations specialist. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.