UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LDGP, LLC, d/b/a HARTSOUGH DERMATOLOGY, an Illinois LLC, RITACCA COSMETIC SURGERY AND MED SPA, Ltd. an Illinois LLC, BLACK ALSATIANS, LLC d/b/a PIGMENT DEMOGRAPHICS AND LASER REMOVAL, a Texas LLC, SAXON and SUSAN HATCHETT, BURKE DERMATOLOGY, P.A., and ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>CYNOSURE, Inc., a Delaware Corporation,<br><br>    Defendants. | Case No. 3:15-cv-50148 |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: Eric L. Samore
   Yesha Hoeppner
   SmithAmundsen, LLC
   150 N. Michigan Ave., Ste. 3300
   Chicago, IL 60601

   Please take notice on May 23rd, 2017 at 10:00 am, or as soon as thereafter as counsel may be heard, counsel for Plaintiffs shall appear before the Honorable Judge Iain Johnston in Room 5200 at 327 South Church Street in Rockford, Illinois, and present Plaintiffs' Motion for Clarification, which has been served on you through the Court's CM/ECF system.

Dated: May 10, 2017

               /s/ Devon C. Bruce
               Counsel for Defendants

Devon C. Bruce, Esq.
Power, Rogers & Smith
70 West Madison, 55th FL
Chicago, IL 60602
#312/236-9381

**CERTIFICATE OF SERVICE**

   I certify that a copy of the attached Notice and Plaintiffs' Motion were filed with the Clerk of the US District Court, Northern District of Illinois, Western Division, using the CM/ECF system, and that a copy of each was sent via electronic delivery on May 10, 2017 to all counsel of record in this case.

                /s/Devon C. Bruce