**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Western Division**

All Others Similarly Situated, et al.

                                     Plaintiff,

v.                                                    Case No.: 3:15−cv−50148

                                                                Honorable Frederick J. Kapala

Cynosure Inc

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 12/19/2017. The parties shall file a proposed case management order by 1/9/2018 using the order form located on Judge Johnston's web page. Telephonic status hearing set for 1/25/2018 at 9:00 AM. By 1/23/2018 counsel shall provide direct−dial numbers for the hearing to the Court's operations specialist. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.