UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RITACCA COSMETIC SURGERY AND MED SPA, Ltd., an Illinois LLC, BLACK ALSATIANS, LLC d/b/a PIGMENT DEMOGRAPHICS AND LASER REMOVAL, a Texas LLC, SAXON HATCHETT, DR. THOMAS BURKE, BURKE DERMATOLOGY, P.A., DR. ISABEL BANUCHI, BANUCHI INSTITUTE, DR. STEPHEN SNYDER, DERMATOLOGY LASER CENTER & MEDISPA, THE FACIAL SURGERY CENTER, and ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiffs,<br><br>v.<br><br>CYNOSURE, INC., a Delaware Corporation,<br><br>   Defendant. | Case No. 15-cv-50148<br><br>Judge Frederick Kapala<br><br>Magistrate Judge Iain Johnston |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SUBMIT A PROPOSED CASE MANAGEMENT ORDER**

Defendant, CYNOSURE, INC. ("Defendant"), by and through its attorneys, moves for an order extending the deadline for the parties to submit a proposed case management order in this matter by one week. In support of its motion, Defendant states as follows:

1. On December 21, 2017, this Court entered an order which, among other things, requires the parties to file a proposed case management order by January 9, 2018. [Dkt. # 166].

2. Thereafter, Cynosure decided to transition the defense of this matter to the law firm of Arnold & Porter Kaye Scholer LLP. New counsel (whose appearances are forthcoming) seeks an extra week to become familiar with the case and confer with Plaintiffs' counsel before committing to a proposed case management order.

3. On January 5, 2018, counsel for Cynosure conferred with counsel for Plaintiffs, who stated no objection to this proposed motion.

4. This motion is not brought for purposes of harassment or delay, and neither party will be prejudiced by the granting of this motion. With the requested extension, the proposed case management order will still be submitted in advance of and will not delay the next case management conference, which is scheduled for January 25, 2018.

WHEREFORE, Defendant Cynosure Inc. respectfully requests that the Court enter an order extending the deadline for the parties to submit a proposed case management order until January 16, 2018.

|  |  |
|---|---|
| January 8, 2018 | Respectfully submitted,<br>By:  /s/ Eric L. Samore<br>Counsel for Defendant,<br>CYNOSURE, INC.<br>Eric L. Samore ARDC # 6181345<br>Albert M. Bower ARDC # 6277162<br>Yesha Hoeppner ARDC #6304109<br>Ronald Balfour ARDC # 6307658<br>Kathryn Long ARDC #629936<br>SmithAmundsen, LLC<br>150 N. Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>(312) 894-3200<br>esamore@salawus.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 8, 2018 he served the above Unopposed Motion to Extend the Deadline to Submit a Proposed Case Management Order on all attorneys of record. This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January 8, 2018.

/s/ Eric L. Samore
Eric L. Samore