UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LDGP, LLC, d/b/a HARTSOUGH DERMATOLOGY, an Illinois LLC, RITACCA COSMETIC SURGERY AND MED SPA, LTD., an Illinois LLC BLACK ALSATIANS, LLC d/b/a PIGMENT DEMOGRAPHICS AND LASER REMOVAL, a Texas LLC, SAXON and SUSAN HATCHETT, BURKE DERMATOLOGY, P.A., and ALL OTHERS SIMILARLY SITUATED, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>CYNOSURE, INC., a Delaware Corporation, <br><br>　　　　Defendant. | Case No. 15-cv-50148 <br><br> Judge Frederick Kapala <br><br> Magistrate Judge Iain Johnston |

## NOTICE OF MOTION

TO:　All Counsel of Record

**PLEASE TAKE NOTICE THAT** on **January 11, 2018 at 10:00 a.m.**, we shall appear before the **Honorable Judge Iain Johnston** in **Room 5200**, at 327 South Church St. in Rockford, Illinois and present to the United States District Court of the Northern District of Illinois, Western Division, **Defendant's Unopposed Motion to Extend the Deadline to Submit a Proposed Case Management Order.**

Dated:  January 8, 2018

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Eric L. Samore
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant, CYNOSURE, INC.

Eric L. Samore ARDC #6181345
Albert M. Bower ARDC # 6277162
Yesha Hoeppner ARDC #6304109
Ronald D. Balfour ARDC #6307658
Kathryn Long ARDC #6299363
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 8, 2018, he served a copy **Defendant's Unopposed Motion to Extend the Deadline to Submit a Proposed Case Management Order** on all attorneys of record. These pleadings were served pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

      [x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January 8, 2018.

      /s/ Eric L. Samore