UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

All Others Similarly Situated, et al.
                                    Plaintiff,

v.                                  Case No.: 3:15−cv−50148
                                    Honorable Frederick J. Kapala

Cynosure Inc
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2018:

MINUTE entry before the Honorable Iain D. Johnston: Presentment of the defendant's unopposed motion for an extension of time [167] set for 1/11/2018 is stricken and is reset to 1/25/2018 at 10:00 AM. Counsel shall appear in person. The telephonic status hearing previously set for that day at 9:00 AM is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.