UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RITACCA COSMETIC SURGERY AND MED SPA, Ltd., an Illinois LLC, BLACK ALSATIANS, LLC d/b/a PIGMENT DEMOGRAPHICS AND LASER REMOVAL, a Texas LLC, SAXON HATCHETT, DR. THOMAS BURKE, BURKE DERMATOLOGY, P.A., DR. ISABEL BANUCHI, BANUCHI INSTITUTE, DR. STEPHEN SNYDER, DERMATOLOGY LASER CENTER & MEDISPA, THE FACIAL SURGERY CENTER, and ALL OTHERS SIMILARLY SITUATED, <br><br>      Plaintiffs, <br><br>v. <br><br>CYNOSURE, INC., a Delaware Corporation, <br><br>      Defendant. | Case No. 15-cv-50148 <br><br> Judge Frederick Kapala <br><br> Magistrate Judge Iain Johnston |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

NOW COMES Attorney, Albert M. Bower, and hereby requests that this Honorable Court enter an Order granting him leave to withdraw as counsel for Defendant, Cynosure, Inc. (hereinafter, "Defendant"). In support thereof, Attorney Bower states:

1. Albert M. Bower entered an appearance as counsel for Defendant, Cynosure, Inc., in this matter. (Dkt. #15).

2. Albert M. Bower's appearance in this matter is no longer required.

3. Granting the instant motion will not cause prejudice to the Court or to any party, and Defendant will have legal representation at all times in this matter.

WHEREFORE, Attorney, Albert M. Bower, respectfully requests that this Honorable Court enter an Order granting him leave to withdraw as counsel for Defendant, Cynosure, Inc.

January 22, 2018

                                              Respectfully submitted,

                                   By:   /s/ Albert M. Bower
                                              Counsel for Defendant, CYNOSURE, INC.

Albert M. Bower, ARDC #6277162
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Abower@salawus.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 22, 2018 he served the above **Motion to Withdraw as Counsel for Defendant** on all attorneys of record. This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

      [x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January 22, 2018.

      /s/ Albert M. Bower