# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

All Others Similarly Situated, et al.

                                  Plaintiff,

v.                                                Case No.: 3:15−cv−50148

                                                         Honorable Frederick J. Kapala

Cynosure Inc

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Attorney Kyle Gooch's motion to withdraw [205] is granted because other attorneys from the same firm will remain as counsel for defendant. The appearance Mr. Gooch is withdrawn and the clerk is directed to terminate them from this case. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.